ORIGINAL

PROB. 12B
(7/93)

# United States District Court

### for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  FRANKLIN DONGON        Case Number:  CR 00-00486HG-01

Name of Sentencing Judicial Officer:  The Honorable Helen Gillmor
U.S. District Judge

Date of Original Sentence:  6/3/2002

Original Offense:  <u>Count 1</u>:  Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C. § 1956(h), a Class C felony

Original Sentence:  Forty-five (45) months imprisonment and a term of three (3) years supervised release with the following special conditions:  1) That the defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting periodic debtor's examinations as directed by the Probation Office.

The Court also ordered that the fine of $1,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.  Interest, if applicable, is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  5/16/2005

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[✓]    To modify the conditions of supervision as follows:

1.    Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer.  The offender may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

2.    Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

## CAUSE

On 5/16/2005, the offender was released from the Bureau of Prisons custody to the supervision of the U.S. Probation Office in the Southern District of California (SD/CA).

On 1/24/2006, we received a request from the SD/CA to modify the conditions of supervised release based on the offender's history of substance abuse and his conduct described in the presentence report.  The offender was involved with laundering money in order to execute heroin and cocaine transactions.  The offender has agreed to the modifications of the conditions.

The Probation Office of SD/CA respectfully recommends that the Court modify conditions of supervision.  We concur with this recommendation.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The offender waives his right to a hearing and to assistance of counsel.  The offender agrees to the modifications of the conditions of supervised release.  The

Prob 12B
(7/93)

3

offender's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections to the modifications.

Respectfully submitted by,

for    JOYCE K.F.K. LUM
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 2/2/2006

THE COURT ORDERS:

[ ✓ ]    The Modification of Conditions as Noted Above
[   ]    Other

HELEN GILLMOR
Chief U.S. District Judge

2·12·06
Date

PROB 49
(Rev 3/89)

# UNITED STATES DISTRICT COURT
## Southern District of California

### Waiver of Hearing to Modify Conditions of
### Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1.     **Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. The offender may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.**

2.     **Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.**

Witness: _____          Signed: _____
        Carlos De La Toba                           Franklin DONGON
        U.S. Probation Officer                      Probationer or Supervised Releasee

Date: _12/9/05_

/cmd